No. 9823. STATE OF MONTANA, *ex* REL. THE MONTANA POWER COMPANY, a Corporation, RELATOR, *v.* DISTRICT COURT of the FIRST JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF LEWIS AND CLARK, and the HONORABLE VICTOR H. FALL, Judge Presiding, RESPONDENTS.

Decided June 17, 1957.

312 Pac. (2d) 532.

*Weir, Gough & Matson, Edwin S. Booth, Jr.,* and *John J. Burke, Jr.,* Helena, for RELATOR.

Per Curiam.

The application for writ of supervisory control is denied and the proceeding dismissed.